**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Booker Earl Loyden
Louisiana State Prison DOC No. 250854
Main Prison - Hickory 4 Bed-67
Angola LA 70712

**REHEARING ACTION: May 1, 2013**

**Docket Number: 13   00129-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BOOKER EARL LOYDEN**

**Writ Application from Rapides Parish Case No. 256,385**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Booker Earl Loyden** has this day been

    **DENIED.**

cc: James C. Downs, Counsel for  the Respondent
    Numa V. Metoyer, III, Counsel for  the Respondent